IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINA FAISON, ERNEST STRANGE, JR., EDITH JOHNSON, JAMES J. WALKER, PATRICE A. THOMPSON, and ELINOR PARKS,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRIENDLY TRANSPORTATION, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 13-2646 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

    On August 14, 2013, the Court issued an order granting Defendants Friendly Transportation, Inc. and Veolia Transportation Services, Inc.'s motions to dismiss.  The order gave Plaintiffs twenty-one days to amend their complaint and warned them that, if they failed to do so, their case would be dismissed for failure to prosecute.

    Accordingly, because Plaintiffs have not filed an amended complaint or sought an extension of time to do so, this action is dismissed with prejudice.  The clerk shall close the file.

    IT IS SO ORDERED.


Dated: 9/10/2013                                  CLAUDIA WILKEN
                                              United States District Judge